## VERDICT FORM

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

2005 OCT 24 P 2: 11

FILED

We, the jury, answer the questions submitted as follows:

**QUESTION NUMBER 1**: Was plaintiff discriminated against based on his disability in violation of the Persons With Disabilities Civil Rights Act, M.C.L. § 37.1101, *et seq.*, when he was terminated on July 10, 1998?

ANSWER: __NO__ (Yes or No).

**If you have determined that plaintiff was not discriminated against based on his disability when he was terminated from his physical therapy assistant position on July 10, 1998, then do not answer further questions.**

**If you have determined that plaintiff was terminated due to discrimination because of his disability, then go to Question Number 2.**


**QUESTION NUMBER 2**: Did plaintiff sustain damages?

ANSWER: _____ (Yes or No).

**If your answer to Question Number 2 was "No," then do not answer any further questions.**

**If your answer to Question Number 2 was "Yes," then proceed to Question Number 3.**


**QUESTION NUMBER 3**: What was the total amount of plaintiff's past economic damages from July 10, 1998 to the present date?

ANSWER: $_____.

**Go to Question Number 4.**

**QUESTION NUMBER 4**: If you find that plaintiff will sustain economic damages in the future, give the total amount for each year.

**ANSWER:**

2005: _____

2006: _____

2007: _____

2008: _____

2009: _____

2010: _____

2011: _____

2012: _____

2013: _____

2014: _____

2015: _____

2016: _____

2017: _____

2018: _____

2019: _____

2020: _____

2021: _____

2022: _____

2023: _____

2024: _____

2025: _____

2026: _____

2027: _____

2028: _____

2029: _____

2030: _____

2031: _____

2032: _____

2033: _____

2034: _____

**Go to Question Number 5.**


**QUESTION NUMBER 5**: What is the total of plaintiff's past non-economic damages?

    **ANSWER:**   $ _____

**Go to Question Number 6.**


**QUESTION NUMBER 6**: If you find that plaintiff will sustain non-economic damages in the future, give the total amount for each year of future non-economic damages.

    **ANSWER:**

2005: _____

2006: _____

2007: _____

2008: _____

2009: _____

2010: _____

2011: _____

2012: _____

2013: _____

2014: _____

2015: _____

2016: _____

2017: _____

2018: _____

2019: _____

2020: _____

2021: _____

2022: _____

2023: _____

2024: _____

2025: _____

2026: _____

2027: _____

2028: _____

2029: _____

2030: _____

2031: _____

2032: _____

2033: _____

2034: _____

Signed,

_____
Foreman                 10.24.05