UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL P. KIELY,

    Plaintiff,

v                                                                                    CIVIL ACTION
                                                                       NO: 01-40149
HEARTLAND REHABILITATION SERVICES,
INCORPORATED AND HEALTH CARE AND
RETIREMENT CORPORATION d/b/a
GEORGIAN BLOOMFIELD,

    Defendants.
_____/

## JUDGMENT

        This action came on for trial before the Court and a jury, Honorable Paul V. Gadola, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

        **IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing as to Defendant Heartland Rehabilitation Services, Incorporated and that the action be dismissed with prejudice on the merits.


Dated:<u>October 27, 2005</u>      <u>s/Paul V. Gadola      </u>

                                              PAUL V. GADOLA
                                              United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on  October 31, 2005 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Karen B. Berkery; Lawrence J. Bunting , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:
George La Plata .

                                        s/Ruth A. Brissaud
                                        Ruth A. Brissaud, Case Manager
                                        (810) 341-7845